**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 08a0689n.06
Filed: November 7, 2008

05-4660

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| CURTIS WILLIAMS, | ) | |
| | ) | |
| **Petitioner-Appellant,** | ) | **ON APPEAL** FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| v. | ) | NORTHERN DISTRICT OF OHIO |
| | ) | |
| JULIUS WILSON, Warden, | ) | **M E M O R A N D U M** |
| | ) | **O P I N I O N** |
| **Respondent-Appellee.** | ) | |
| | ) | |

**BEFORE: NORRIS, ROGERS, and KETHLEDGE, Circuit Judges.**

**PER CURIAM.** Curtis Williams appeals from the denial of his petition for a writ of habeas corpus, 28 U.S.C. § 2254. In 2001, a jury convicted him of felonious assault upon a police officer in violation of Ohio Rev. Code § 2903.11. After exhausting his state-court appeals, petitioner initiated this proceeding. After denying the petition, the district court certified a single issue for appeal: Whether petitioner's due process rights were violated when the trial court refused to allow his mother to testify about events surrounding petitioner's initial arrest.

Having had the opportunity to review the record, consider the briefs of the parties, and hear oral argument, we conclude that the district court correctly analyzed the issue certified for appeal in its Order filed on October 28, 2005, particularly in light of the deference accorded the state court under the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. § 2254(d)(1), (2). Because that Order reflects the thinking of this court, an additional reasoned opinion would serve no useful purpose.

The judgment of the district court is **affirmed**.